AO 442 (Rev. 11/11) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

District of Oregon

United States of America
v.
ABRAM ADAM KNACK
*Defendant*

) Case No. 3:26-mj-00157

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)* ABRAM ADAM KNACK ,
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:

21 U.S.C. § 841(a)(1), (b)(1)(A)(viiii) - Possession with intent to distribute controlled substances (Methampetamine)

Date: 06/13/2026

[signature]
*Issuing officer's signature*

City and state: Portland, Oregon

Hon. Stacie F. Beckerman, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* 6.13.2026 , and the person was arrested on *(date)* 6.13.2026
at *(city and state)* Portland, Oregon .

Date: 6.18.2026

/s/ Kenneth Bain II
*Arresting officer's signature*

DEA Special Agent Kenneth Bain II
*Printed name and title*