Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: 503-223-5570 / Lisa@L2R2Law.com

Attorney for Abram Adam Knack

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:26-mj-00157 |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE ARRAIGNMENT AND** |
| ABRAM ADAM KNACK, | ) | **WAIVER OF SPEEDY INDICTMENT** |
| | ) | |
| Defendant. | ) | |

The defendant, Abram Adam Knack, through counsel, Lisa J. Ludwig, moves the Court to enter an Order continuing the arraignment in the above-captioned case to a date during the week of July 27th except Thursday, the 30th. I have contacted AUSA Nicole Hermann and on behalf of the government she does not oppose this request.

Abram Adam Knack, through counsel, Lisa Ludwig, understands that he has been accused of one or more offenses punishable by imprisonment for more than one year and that under 18 U.S.C. § 3161(b), has the right to a speedy indictment which requires the return of an indictment or filing of an information against him within thirty (30) days of his arrest. Mr. Knack waives this right and consents to this postponement.

RESPECTFULLY SUBMITTED this 13th day of July 2026.

*/s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387
Attorney for Abram Adam Knack