FILED 14 JUL '26 16:06 USDC-ORP

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

**PORTLAND DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**ABRAM ADAM KNACK,**

**Defendant.**

**3:26-cr-** 00258-SI

**INDICTMENT**

**21 U.S.C. § 841(a)(1), (b)(1)(A)(viii)**

**Forfeiture Allegation**

**THE GRAND JURY CHARGES:**

**COUNT 1**
**(Possession with Intent to Distribute Methamphetamine)**
**(21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(viii))**

On or about June 11, 2026, within the District of Oregon, defendant **ABRAM ADAM KNACK** knowingly possessed with the intent to distribute 500 grams or more of a mixture or substance containing a detectable amount of methamphetamine, a Schedule II controlled substance;

In violation of Title 21, United States Code, Sections 841(a)(1), (b)(1)(A)(viii).

**FORFEITURE ALLEGATION**

Upon conviction of the controlled substance offenses alleged in Count One of this Indictment, defendant shall forfeit to the United States, pursuant to 21 U.S.C. § 853, any and all property constituting, or derived from, proceeds obtained, directly or indirectly, as a result of the aforesaid violations and any property used, or intended to be used, in any manner or part, to

commit, or to facilitate the commission of the violations alleged in any offense set forth in Count One of this Indictment.

Dated: July 14, 2026

A TRUE BILL.

[redacted]

OFFICIATING FOREPERSON

Presented by:

SCOTT E. BRADFORD
United States Attorney

NICOLE M. HERMANN, OSB #126353
Assistant United States Attorney