Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: 503-223-5570 / Lisa@L2R2Law.com

Attorney for Abram Adam Knack

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | No. 3:26-cr-00258-SI |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **UNOPPOSED MOTION TO** |
| | ) | **CONTINUE ARRAIGNMENT AND** |
| ABRAM ADAM KNACK, | ) | **WAIVER OF SPEEDY ARRAIGNMENT** |
| | ) | |
| Defendant. | ) | |

The defendant, Abram Adam Knack, through counsel, Lisa J. Ludwig, moves the Court to enter an Order continuing the arraignment date in the above-captioned case to August 27, 2026. Mr. Knack's arraignment is currently scheduled for August 14, 2026.

Mr. Knack has been advised of his rights under the Speedy Trial Act and the United States Constitution and he consents to waive his right to a speedy trial and agrees that the time period within this continuance constitutes excludable delay pursuant to 18 U.S.C. §3161(h)(7)(A).

/ / /

I have contacted AUSA Nicole Hermann and on behalf of the government she does not oppose this request.

RESPECTFULLY SUBMITTED this 13th day of August 2026.

*/s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387
Attorney for Abram Adam Knack