Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: 503-223-5570 / Lisa@L2R2Law.com

Attorney for Abram Adam Knack

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAM ADAM KNACK,<br><br>Defendant. | No. 3:26-cr-00258-SI<br><br>**UNOPPOSED MOTION TO CONTINUE ARRAIGNMENT AND WAIVER OF SPEEDY ARRAIGNMENT** |

The defendant, Abram Adam Knack, through counsel, Lisa J. Ludwig, moves the Court to enter an Order continuing the arraignment date in the above-captioned case to September 1st, 2026. Mr. Knack's arraignment is currently scheduled for August 27th, 2026.

Mr. Knack has been advised of his rights under the Speedy Trial Act and the United States Constitution and he consents to waive his right to a speedy trial and agrees that the time period within this continuance constitutes excludable delay pursuant to 18 U.S.C. §3161(h)(7)(A).

/ / /

I have contacted AUSA Nicole Hermann and US Pretrial Officer Teagan Kirby on behalf of the government and they are available that date and consent to this request.

RESPECTFULLY SUBMITTED this 21st day of August 2026.

*/s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387
Attorney for Abram Adam Knack