Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: 503-223-5570 / Lisa@L2R2Law.com

Attorney for Abram Knack

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) No. 3:26-cr-00258-SI |
| Plaintiff, | ) |
| | ) |
| vs. | ) **UNOPPOSED MOTION TO** |
| | ) **CONTINUE TRIAL DATE AND** |
| ABRAM ADAM KNACK, | ) **WAIVER OF SPEEDY TRIAL** |
| | ) |
| Defendant. | ) |

The defendant, Abram Adam Knack, through counsel, Lisa J. Ludwig, moves the Court to enter an Order continuing the trial date in the above-captioned case to a date convenient for the Court and parties for approximately 120 days. A jury trial is currently scheduled for September 15, 2026.

This motion constitutes Mr. Knack's first request to continue the trial date. He has been advised of his rights under the Speedy Trial Act and the United States Constitution and he consents to waive his right to a speedy trial and agrees that the time period within this continuance constitutes excludable delay pursuant to 18 U.S.C. §3161(h)(7)(A).

I have contacted AUSA Nicole Hermann and on behalf of the government she does not oppose this request.

This motion is supported by declaration, which is included with it and made a part of it by reference.

RESPECTFULLY SUBMITTED this 4th day of September 2026.

*/s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387
Attorney for Abram Adam Knack