Lisa J. Ludwig, OSB #953387
Ludwig Runstein LLC
333 SW Taylor St. Suite 300
Portland, Oregon 97204
Tel: 503-223-5570 / Lisa@L2R2Law.com

Attorney for Abram Adam Knack

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ABRAM ADAM KNACK,<br><br>Defendant. | No. 3:26-cr-00258-SI<br><br>**DECLARATION IN SUPPORT OF UNOPPOSED MOTION TO CONTINUE TRIAL DATE AND WAIVER OF SPEEDY TRIAL** |

I, Lisa J. Ludwig, declare the following to be true to the best of my knowledge:

1. On June 15, 2026, I was appointed by the Honorable Youlee Yim You, pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, to represent Abram Adam Knack in the above captioned case;

2. The current trial date is September 15, 2026;

3. I make this Declaration in support of the attached Unopposed Motion to Continue Trial Date and Waiver of Speedy Trial;

4. Mr. Knack is charged with one count of Possession with Intent to Distribute Methamphetamine (21 U.S.C. § 841(a)(1) and 841(b)(1)(A)(vii));

5. Mr. Knack is currently in custody pending a resolution of this matter;

6. A continuance of the current trial date for approximately 120 days is necessary to provide the defense with adequate time to complete discovery review; to conduct independent investigation, including witness interviews and document retrieval; to prepare for trial; and otherwise complete preparations for Mr. Knack's defense;

7. This is the first motion to reset the trial date filed in this case on behalf of current counsel;

8. I have contacted AUSA Nicole Hermann and on behalf of the government she does not oppose this requested continuance;

I declare under penalty of perjury that the forgoing is correct to the best of my knowledge and belief.

RESPECTFULLY SUBMITTED this 4th day of September 2026.

*/s/ Lisa J. Ludwig*
Lisa J. Ludwig, OSB #953387
Attorney for Abram Adam Knack